Joseph M. Kar (SBN 207414)
**LAW OFFICE OF JOSEPH M. KAR, PC**
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 501-6930
Facsimile: (818) 501-6935
Email: jkar@civillegal.com

Attorney for PLAINTIFF, CHARLOETTE OVALLE, as an individual and administrator of the ESTATE OF ANTHONY JOHN HERRERA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CHARLOETTE OVALLE, as an individual and administrator of the ESTATE OF ANTHONY JOHN HERRERA<br><br>Plaintiff,<br><br>vs.<br><br>JSJ ENTERPRISES TRANSPORTATION, a business form unknown, JIMMY WATSON, an individual, JORGE EDUARDO WATSON SAUCEDO, an individual, AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. _____<br><br>**ORIGINAL COMPLAINT FOR WRONGFUL DEATH**<br><br><br>Action Filed:<br>Trial Date:    None Yet |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**COMES NOW**, PLAINTIFF, CHARLOETTE OVALLE, as an individual and administrator of the ESTATE OF ANTHONY JOHN HERRERA. and hereby alleges and avers as follows:

///

**Original Complaint**
**- 1 -**

**JURISDICTION AND VENUE**

A. This Court has jurisdiction of this cause under 28 U.S.C. §§ 1331, 1332, 1343, 1357, and 1367.

B. Venue is proper under 28 U.S.C. § 1391 in that a substantial part of the events or omissions giving rise to the claims occurred, or a substantial part of property that is the subject of the action is situated in and the action arises in the Central District of California.

**PARTIES**

1. Plaintiff CHARLOETTE OVALLE (nee Charlotte Marie Florez), as an individual and administrator of the ESTATE OF ANTHONY JOHN HERRERA ("Plaintiff") is an individual and the sole heir and natural mother of ANTHONY JOHN HERRERA ("Plaintiff's decedent") and resides in the state of California at all times relevant.

2. Defendant JSJ ENTERPRISES TRANSPORTATION ("JSJ") is a business form unknown and operates and has its nerve center in the state of Arizona. Defendant JSJ is a co-owner of the Semi-Truck involved in the Accident alleged hereinbelow.

3. Defendant JIMMY WATSON ("Watson") is an individual residing in the state of Arizona, and is the co-owner of the Semi-Truck involved in the Accident alleged hereinbelow. Defendant Watson was, and, upon information and belief, is also an owner of JSJ at all times relevant.

4. Defendant JORGE EDUARDO WATSON SAUCEDO ("SAUCEDO") is an individual residing in the state of Arizona, and was the driver of the Semi-Truck involved in the Accident at all times relevant.

5. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 to 10, inclusive, and therefore sue these defendants by such fictitious names. Plaintiff will amend this complaint to allege the true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of said fictitiously named defendants are responsible in some manner for the occurrences

herein alleged, and that the injuries herein alleged were proximately caused by said conduct or omissions.

6.  Defendants JSJ, WATSON, and SAUCEDO in this action are sued as principals and/or agents, servants and employees of said principals and all of the acts performed as agents and employees were performed within the course and scope of their authority and employment and/or agency and with consent of each of the defendants.

## GENERAL ALLEGATIONS

7.  On May 1, 2018, at about 1:56 am, Anthony John Herrera (Plaintiff's decedent) was traveling in the number three (3) lane on the Interstate 10 Freeway and was involved in a previous solo vehicle traffic collision which resulted in Plaintiff's decedent's vehicle (a 1998 Honda Accord) becoming disabled and left facing southwesterly.  At all times relevant Plaintiff's decedent suffered little no physical injuries after that prior solo vehicle traffic collision.

8.  On May 1, 2018, at about 1:56 am, Defendant SAUCEDO was working driving a Freightliner-Tractor Trailer combination ("Semi-Truck") for Defendants JSJ and WATSON license plate no. 8T8264, owned by Defendants JSJ and WATSON with their consent, westbound on the I-10 freeway east of Monterey Avenue in an unincorporated area of Riverside County.

9.  On May 1, 2018, at about 1:58 am or before, Defendant SAUCEDO was distracted and fatigued, and otherwise failed to appreciate, see, or respond to the prior solo vehicle traffic collision, Plaintiff's decedent or his Honda Accord, and mortally collided with Plaintiff's decedent's Honda Accord, causing damage to both vehicles and ejecting Anthony John Herrera from his Honda Accord and causing Mr. Herrera to strike the asphalt with such force and impact that Anthony John Herrera suffered serious and mortal injuries and death ("Accident").

///

///

## FIRST CAUSE OF ACTION
## [WRONGFUL DEATH]

10.     Plaintiff hereby incorporates each and every allegation in this complaint as if fully set forth without duplication.

11.     Anthony John Herrera, Plaintiff's decedent, died wrongfully as a direct, concurrent, proximate result and/or substantial contributing factor of each Defendant's actions, omissions, negligence, negligent entrustment or supervision, misconduct, and violation of laws and deprivation of rights.  Attached hereto as **Exhibit 1** is a true and correct copy of the certified death certificate for Anthony John Herrera.

12.     As a direct, proximate, and/or concurrent cause and/or substantial contributing factor of Defendants, and each of them, and their personnel, their actions, inactions, violations of law, breaches of warranty and duties, and of the death of Anthony John Herrera as alleged herein, Plaintiff has and will sustain pecuniary loss resulting from loss of teachings, skill, knowledge, services, talent, love, comfort, affection, companionship, guidance, society, care, solace, grief or sorrow, and moral support of a kind and loving son, and source of constant support.  Plaintiff further alleges that such injuries resulted in permanent disability.  As a result of such injuries, Plaintiff has sustained general damages in an as yet un-ascertained amount or to be proven at trial.

13.     As a direct, proximate, and/or concurrent cause and/or substantial contributing factor of Defendants, and each of them, and their personnel, their actions, inactions, violations of law, breaches of warranty and duties, and of the death of Anthony John Herrera as alleged herein, Plaintiff has and will sustain special damages and loss resulting from medical expenses and a loss of present and future earning capacity and benefit of Anthony John Herrera, all to Plaintiff's special damage in a sum as yet un-ascertained or to be proven at trial.

14.     As a direct, proximate, and/or concurrent cause and/or substantial contributing factor of Defendants, and each of them, and their personnel, their actions, inactions, violations of law, breaches of warranty and duties, and of the death of

1  Anthony John Herrera, as alleged herein, Plaintiff has sustained pecuniary loss
2  resulting from burial expenses in a sum to be proven at trial.
3      **WHEREFORE,** Plaintiff, CHARLOETTE OVALLE, as an individual and
4  administrator of the ESTATE OF ANTHONY JOHN HERRERA, prays for judgment as
5  follows:

    1.    For General Damages in an amount to be proven at trial;

    2.    For Special Damages in an amount to be proven at trial;

    3.    For Attorney's fees and costs pursuant to applicable statute and/or law, including, without limitation, Civil Code § 1717, C.C.P. §§ 1021.5, 1033, 1033.5, and/or tort of another theory;

    4.    For Civil Penalties, as authorized by law in an amount to be proven at trial;

    4.    For costs of suit herein incurred; and,

    5.    For such other and further relief as the court may deem just and proper.

Dated: February 21, 2019                                        Respectfully Submitted,
                                                          **LAW OFFICE OF JOSEPH M. KAR, PC**

By: _____
                       Joseph M. Kar
Attorney for Plaintiff, CHARLOETTE OVALLE, as an individual and administrator of the ESTATE OF ANTHONY JOHN HERRERA

## DEMAND FOR JURY

Plaintiff hereby demands a trial by jury in the above entitled action.

Dated: February 21, 2019                                        Respectfully Submitted,
                                                          **LAW OFFICE OF JOSEPH M. KAR, PC**

By: _____
                       Joseph M. Kar
Attorney for Plaintiff, CHARLOETTE OVALLE, as an individual and administrator of the ESTATE OF ANTHONY JOHN HERRERA