UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: <u>CV 19-1309-DSF (PLAx)</u>                                   Date: <u>August 29, 2019</u>

Title: <u>Charloette Ovalle vs. JSJ Enterprises Transportation, et al.</u>

---

**PRESENT:** THE HONORABLE     <u>PAUL L. ABRAMS</u>
                              UNITED STATES MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>Courtsmart</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**            **ATTORNEYS PRESENT FOR DEFENDANT(S):**
   Joseph M. Kar                                                   Vanessa K. Herzog

**PROCEEDINGS:**     **(SETTLEMENT CONFERENCE)**

Settlement conference held and case settles. Material terms of settlement placed on the record. Defense counsel shall file the stipulated dismissal and related documents. A courtesy copy of the stipulated dismissal shall be delivered to this Court's clerk.

**IT IS SO ORDERED.**

cc:    Hon. Dale S. Fischer
       Counsel of Record

                                                                                                    <u>3 : 30</u>

                                                                          Initials of Deputy Clerk   <u>ch</u>